AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| TAISIA FAUOLO | ) | 2:26-mj-0056 CSK |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED**
May 08, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 21, 2025___ in the county of ___Sacramento___ in the ___Eastern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **18 U.S.C. § 922(g)(1)** | **Felon in possession of a firearm** |

This criminal complaint is based on these facts:

(see attachment)

☒   Continued on the attached sheet.

/s/

*Complainant's signature*

Dietrich Walsh, Special Agent, FBI

Sworn to me and signed via telephone.

Date:   May 8, 2026

*Judge's signature*

City and state:   Sacramento, California

Chi Soo Kim, U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>TAISIA FAUOLO<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 21, 2025 _____ in the county of _____ Sacramento _____ in the

_____ Eastern _____ District of _____ California _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
Complainant's signature

Dietrich Walsh, Special Agent, FBI
_____

Sworn to me and signed via telephone.

Date: _____ May 8, 2026 _____

_____
Judge's signature

City and state: _____ Sacramento, California _____

Chi Soo Kim, U.S. Magistrate Judge
_____
Printed name and title

## <u>AFFIDAVIT OF FBI SPECIAL AGENT DIETRICH WALSH IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Special Agent Dietrich Walsh, being duly sworn, hereby depose and state:

### <u>CRIMINAL COMPLAINT FOR ARREST WARRANT</u>

1. This Affidavit is submitted in support of an arrest warrant and criminal complaint charging **TAISIA FAUOLO** with:

   - On or about October 21, 2025, was a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

### <u>BACKGROUND AND EXPERTISE</u>

2. I am a Special Agent with the Federal Bureau of Investigation and have been since October 2022.  I am currently assigned to the FBI's Sacramento Division, Violent Crime, Safe Streets Task Force.  I have been assigned to this squad since 2025.  I was trained as an FBI Special Agent at the FBI Academy in Quantico, Virginia.

3. During my employment as an FBI Special Agent, I have participated in numerous criminal and national security investigations.  I have also participated in numerous investigations involving the use of federal and state search warrants to collect evidence, including controlled substances and firearms, the seizure of narcotics-related records, and other types of evidence that document the activities of individuals and criminal organizations in both the manufacturing and distribution of controlled substances and weapons.  To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources including physical and electronic surveillance, various types of infiltration (including confidential human sources), GPS and telephone tracking devices, and recording devices.

4. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

5. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the requested complaint and arrest warrant, I have set forth only the facts that I believe are necessary to establish that probable cause.  I have not included every fact known to me about this case.

1

6. This affidavit is based upon my own personal knowledge and information I have learned from discussions with other law enforcement officers involved in this investigation and the reports they have prepared.  Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum, substance, and relevant part.  Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is described in sum, substance, and relevant part.

## STATEMENT OF PROBABLE CAUSE

*Fauolo has multiple felony convictions, including for firearm-related crimes, and is therefore prohibited from possessing firearms.*

7. Fauolo's criminal history includes prior felony convictions including those involving the illegal possession or transportation of a firearm:

   a. On August 28, 2018, Fauolo was convicted of unlawful transport of firearms, a felony, following his arrest on July 30, 2018, by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, for unlawful transport of a firearm. He was sentenced to 430 days in federal prison.[1]

   b. On July 16, 2021, Fauolo was convicted of a violation of Cal. Penal Code § 186.22(A), a felony, for participation in a criminal street gang; a violation of Cal. Penal Code § 211, a felony, for robbery; a violation of Cal. Penal Code § 2800.2, a felony, for evading a peace office with disregard for safety; and a violation of Cal. Penal Code § 11359 HS, a felony, for possession of marijuana for sale, following his arrest on May 5, 2018, by the Antioch Police Department, for same.

### [*Affidavit continues on following page.*]

---

[1] See additional information in an April 13, 2021, DOJ press release "Northern California Man Sentenced For Illegal Receipt of Firearms" (https://www.justice.gov/usao-nv/pr/northern-california-man-sentenced-illegal-receipt-firearms)

2

*Fauolo has multiple additional arrests and convictions, including for firearms crimes, probation violations, arrest as a fugitive, and resisting, delaying, or obstructing a peace officer.*

    a. On April 14, 2021, the U.S. Marshals in Las Vegas arrested Fauolo for a violation of 54450F, arrest of a fugitive from another state on a complaint/warrant.

    b. On December 16, 2021, Fauolo was convicted of a violation of Cal. Penal Code § 25850(A), a misdemeanor, for carrying a loaded firearm in a public place, and Cal. Penal Code § 148(A), a misdemeanor, for willfully resisting, delaying, or obstructing a peace officer, in San Francisco County.

    c. On May 22, 2024, the U.S. Marshals arrested Fauolo for a violation of the terms of his probation, for which he was convicted on June 6, 2024, and sentenced to time served.

*In October 2025, the San Francisco Police Department discovered Fauolo illegally in possession of a firearm.*

8. On October 21, 2025, members of San Francisco Police Department's Violence Reduction Team (VRT) were attempting the arrest of known Tre-4 criminal street gang member Reno Fiapoto based on an outstanding warrant.

9. At approximately 12:00 p.m., on October 21, agents located a black Honda Passport, displaying California license plate number 8WXM571. This vehicle was previously identified as being associated with Fiapoto. On October 21, agents located the Honda Passport in an unoccupied area of North 6th Street near the Township 9 Avenue apartment complex in Sacramento, California. Members of the VRT started surveilling the vehicle with the hope of locating and arresting Fiapoto.

10. At approximately 4:50 p.m., VRT officers observed Fiapoto, along with an unknown male and female, walk from the apartment complex toward the Honda Passport. VRT officers converged on Fiapoto and the two unknown individuals, who all ran from the VRT officers. After a brief foot pursuit, law enforcement apprehended Fiapoto and took him into custody.

11. As VRT personnel were taking Fiapoto into custody, one officer observed an unknown male running away from the Honda Passport through the apartment complex. The officer and his partner followed in their vehicle and recognized the individual as Taisia Fauolo, another known member of the Tre-4 street gang.

12. The pursuing officers observed Fauolo stop and crouch behind a parked Chrysler 300, before standing and running through the apartment complex. The officers exited their

3

vehicle and commanded Fauolo to stop. They followed Fauolo into a courtyard, where he stopped and the VRT officers detained him.

13. Within minutes of Fauolo's detention, a VRT officer retraced Fauolo's path from where Fauolo was detained to the Chrysler 300.  There, the officer located a pistol with an extended magazine beneath the rear axle of the vehicle. Law enforcement discovered the firearm within reaching distance of the site where Fauolo was observed crouching behind the parked Chrysler 300.  The VRT officer seized the pistol, later identified as a 9mm Glock 19, serial number WGX646, with a 30-round magazine inserted into the firearm and one chambered round.

14. Another VRT officer later met with the apartment complex property manager and reviewed security camera footage of the incident. The footage showed Fauolo running and then crouching next to the rear passenger side wheel of the Chrysler 300.

15. Officers took Fauolo into custody and booked him at the Sacramento County Jail for being a felon in possession of a firearm in violation of California Penal Code § 29800(A)(1).

### Forensic Analysis of Seized Firearm

16. On October 23, 2025, the San Francisco Police Department Forensic Services Division – Criminalistics Laboratory received two sets of swabs with potential DNA evidence. Item 9 was two swabs from the grip of the aforementioned Glock 19 firearm. Item 10 was two swabs from an unfired cartridge found in the firearm.

17. The samples were subsequently analyzed. In a report dated December 4, 2025, the results indicated that there was very strong support—a 608 septillion likelihood ratio, meaning that it was 608 septillion times more likely that the DNA found on Item 9 was consistent with Fauolo and two random individuals than with three random individuals—that Fauolo's DNA was consistent with that on Item 9, the grip of the Glock 19 firearm. The results indicated that there was very strong support (a 3.03 billion likelihood ratio) that Fiapoto's DNA was not consistent with that on Item 9. The analysis results indicated that there was moderate support (5.45 thousand likelihood ratio) that Fauolo's DNA was not consistent with that on Item 10, the unfired cartridge.

### Preliminary Interstate Nexus Determination

18. On April 7, 2026, Special Agent Matthew Garrett, an interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms and Explosives, determined that, based on his training and experience as an interstate nexus expert, and the make and model of the Glock 19 firearm, the firearm was not manufactured in the state of California and

4

therefore had previously traveled in interstate or foreign commerce prior to being seized from the possession of Ramirez.

## REQUEST TO SEAL

19. This Affidavit contains information regarding an ongoing criminal investigation and Fauolo is on bail from state charges filed in connection with the arrest detailed above. In light of the on-going nature of the investigation and the likelihood—based on his prior history as well as his prior conviction for a violent felony offense—that notice to Fauolo would likely cause him to flee from prosecution or apprehension and jeopardize the safety of officers attempting to arrest Fauolo, your Affiant respectfully requests that this Affidavit and the resulting warrant be sealed on the Court's docketing system.

## CONCLUSION

20. Based on the above information, I believe that there is probable cause to believe that, on or about October 21, 2025, Fauolo, a prohibited person, knowing he was a prohibited person, knowingly possessed a firearm that moved in foreign or interstate commerce, all in violation of 18 U.S.C. § 922(g)(1). As a result, I respectfully request that this Court issue a Criminal Complaint charging Fauolo and an arrest warrant for Fauolo.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/
_____
DIETRICH WALSH
FBI Special Agent

Sworn and Subscribed to me telephonically,
on May __8__, 2026

_____
Hon. Chi Soo Kim
United States Magistrate Judge

Approved as to form:

__/s/ ZULKAR KHAN_____
ZULKAR KHAN
Assistant United States Attorney

therefore had previously traveled in interstate or foreign commerce prior to being seized from the possession of Ramirez.

## REQUEST TO SEAL

19. This Affidavit contains information regarding an ongoing criminal investigation and Fauolo is on bail from state charges filed in connection with the arrest detailed above. In light of the on-going nature of the investigation and the likelihood—based on his prior history as well as his prior conviction for a violent felony offense—that notice to Fauolo would likely cause him to flee from prosecution or apprehension and jeopardize the safety of officers attempting to arrest Fauolo, your Affiant respectfully requests that this Affidavit and the resulting warrant be sealed on the Court's docketing system.

## CONCLUSION

20. Based on the above information, I believe that there is probable cause to believe that, on or about October 21, 2025, Fauolo, a prohibited person, knowing he was a prohibited person, knowingly possessed a firearm that moved in foreign or interstate commerce, all in violation of 18 U.S.C. § 922(g)(1). As a result, I respectfully request that this Court issue a Criminal Complaint charging Fauolo and an arrest warrant for Fauolo.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

_____
DIETRICH WALSH
FBI Special Agent

Sworn and Subscribed to me telephonically,
on May __8__, 2026

_____
Hon. Chi Soo Kim
United States Magistrate Judge

Approved as to form:

__/s/ ZULKAR KHAN_____
ZULKAR KHAN
Assistant United States Attorney

5

**United States v. Taisia Fauolo**
**Penalties for Criminal Complaint**

## COUNT 1

VIOLATION:        18 U.S.C. § 922(g) - Felon Possession of Firearm

PENALTIES:        Not more than 15 years in prison; or
Not more than $250,000 fine; or both fine and imprisonment; and
Supervised release of up to three years.

SPECIAL ASSESSMENT: $100 (mandatory)

## FORFEITURE ALLEGATION:

VIOLATION:        18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:        As stated in the charging document